United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 14-23509-VZ
Zachary Allister Lewis                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: ewalterC              Page 1 of 2              Date Rcvd: Nov 18, 2014
                              Form ID: van150             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
db              Zachary Allister Lewis,    1230 E Pine Ave,    El Segundo, CA  90245-3238
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             +U.S. Bank National Association, as trustee, on beh,    c/o McCarthy & Holthus, LLP,
                 1770 Fourth Avenue,    San Diego, CA 92101-2607
35459354       +Caine & Weiner,    16200 Addison Rd,    Addison, TX 75001-5351
35459356        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
35459357       +Experian,    NCAC,   PO Box 9556,    Allen, TX 75013
35459358        Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
35459359       #Federal Bond Collection,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3739
35459362        Plus Four Inc,    PO Box 95846,    Las Vegas, NV 89193-5846
35459363       #Quality Loan Servicing,    2141 5th Ave,    San Diego, CA 92101-2101
35459364       +Select Portfolio Servicing,    3815 S West Temple Ste 2000,    Salt Lake City, UT 84115-4412
35459365       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
35459366        Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-0000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Nov 19 2014 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Nov 19 2014 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
35459353        EDI: ALLIANCEONE.COM Nov 19 2014 02:08:00      Alliance One,   1160 Centre Pointe Dr,
                 Mendota Heights, MN 55120-1351
35463789       +E-mail/Text: bankruptcy@cavps.com Nov 19 2014 02:49:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
35459355       +E-mail/PDF: megan@cbcnv.com Nov 19 2014 02:56:14      Credit Bureau Central,    Po Box 29299,
                 Las Vegas, NV 89126-3299
35664259        EDI: CALTAX.COM Nov 19 2014 02:08:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
35459360        EDI: CALTAX.COM Nov 19 2014 02:08:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
35459361        EDI: IRS.COM Nov 19 2014 02:08:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
35660935        EDI: JEFFERSONCAP.COM Nov 19 2014 02:08:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 Saint Cloud MN 56302-9617
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:
              Merdaud Jafarnia    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2002-4 Home Equity Pass-Through Certificates,
               Series 2002-4, its assignees and/or successors, by and bknotice@mccarthyholthus.com,
               mjafarnia@mccarthyholthus.com
              Nancy K Curry (TR)    ecfnc@trustee13.com
              Tyson Takeuchi    on behalf of Debtor Zachary Allister Lewis tyson@tysonfirm.com,
               albert@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

```
District/off: 0973-2           User: ewalterC              Page 2 of 2               Date Rcvd: Nov 18, 2014
                               Form ID: van150            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 4

Case 2:14-bk-23509-VZ    Doc 14    Filed 11/20/14    Entered 11/20/14 21:48:52    Desc
Imaged Certificate of Notice    Page 2 of 3

## United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**  
Zachary Allister Lewis

**BANKRUPTCY NO.** 2:14–bk–23509–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1576  
**Employer Tax–Identification (EIN) No(s).(if any):** N/A  
**Debtor Dismissal Date:** 11/18/14

**Address:**  
1230 E Pine Ave  
El Segundo, CA 90245–3238

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,  
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: November 18, 2014

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**13 / EW2**